UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL SMITH,

Plaintiff,

v.

SECURE COLLECT, LLC, et al.,

Defendants.
_______________________________/

Case No. 1:26-cv-501

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order Granting Application for Entry of Default Judgment issued on this date:

**IT IS HEREBY ORDERED** that Judgment enters against Defendants Secure Collect, LLC and Latoya Shareese Jordan in the amount of $100.00 in actual damages and $1,000.00 in statutory damages pursuant to the Fair Debt Collection Practices Act, plus an award of $2,500.00 in liquidated damages pursuant to the Driver's Privacy Protection Act of 1994, for a total damage award of $3,600.00.

Dated: August 28, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge